**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NHL ENTERPRISES, L.P., | Case No. 22-cv-02325 |
| Plaintiff, | |
| | **Judge Elaine E. Bucklo** |
| v. | |
| | **Magistrate Judge Heather K. McShain** |
| ANHUI BETTER ADVERTISING PRODUCTION CO., LTD., et. al. | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff NHL Enterprises, L.P. ("NHLE" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "NHL Trademarks") to residents of Illinois. A list of NHL Trademarks is included in the chart below.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,962,135 | NHL | For: clothing, namely, shirts, jerseys, sweaters, jackets, sweatshirts, t-shirts, pants, sweatpants, warm-up suits, wristbands, headbands, shorts, caps, hats, socks, nightshirts, scarves, mittens and cloth bibs in class 025. |
| 2,422,903 | STANLEY CUP | For: clothing, namely, caps, cloth bibs, hats, jackets, jerseys, shirts, shorts, sweaters, sweatpants, sweatshirts, t-shirts, ties, vests and warm-up suits in class 025. |
| 4,631,182 | NHL | For: items made of precious and non-precious metals, namely, commemorative coins, and medals; trophies and key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of docks and clocks in class 014. |
| 4,767,415 | STANLEY CUP | For: precious metal trophies in class 014. |

| | | |
|---|---|---|
| 1,678,612 |  | For: clothing and footwear; namely, jerseys, sweaters, jackets, sweatshirts, t-shirts, sweatpants, shirts, caps, hats in class 025. |
| 3,248,499 |  | For: clothing, namely, bandannas, beach cover-ups, belts, body suits, boxer shorts, caps, cloth bibs, coats, dresses, footwear, ear muffs, gloves, hats, headbands, hosiery, housecoats, jackets, jerseys, leggings, leotards, mittens, nightshirts, pajamas, pants, rain coats, rain wear, robes, scarves, shirts, shorts, skirts, socks, suits, sun visors, suspenders, sweaters, sweatpants, sweatshirts, swimsuits, swim trunks, t-shirts, ties, toques, underwear, vests, warm-up suits and wristbands in class 025. |
| 5,165,350 |  | For: items made of precious and non-precious metals, namely, commemorative coins, and medals; trophies and key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of docks and clocks in class 014. |
| 2,395,418 |  | For: clothing, namely, caps, cloth bibs, hats, jackets, jerseys, shirts, shorts, sweaters, sweatpants, sweatshirts, t-shirts, ties, vests and warm-up suits in class 025. |
| 4,677,429 |  | For: Items made of precious and non-precious metals, namely, commemorative coins, and medals; key chains made of precious metals; jewelry, charms, earrings, medallions, rings, necklaces, tie tacks, pins in the nature of jewelry; chronometric instruments in the nature of docks and clocks in class 014. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using NHL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Plaintiff's genuine product or not authorized by Plaintiff to be sold in connection with NHL Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as Plaintiff's genuine product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under NHL Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing NHL Trademarks and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including

the NHL Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.   The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

   a.  transfer the Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiff's selection; or

   b.  disable the Domain Names and make them inactive and untransferable.

3.   The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within seven (7) calendar days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiff's selection.

4.   Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart Inc. ("Walmart"), Etsy, Inc. ("Etsy") and Dhgate, (collectively, the "Third Party Providers") shall, within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated

with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the NHL Trademarks.

5.      Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred and fifty thousand dollars ($250,000) for willful use of counterfeit NHL Trademarks in connection with the sale of products through at least the Seller Aliases.

6.      Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

7.      Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces and Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

8.      All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant

Financial, Wish.com, Walmart, Etsy, DHgate and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

9.    Until Plaintiff have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, DHgate, Etsy, and Amazon Pay, shall, within seven (7) calendar days:

    a.  locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 1 and 2 to the Declaration of Lindsay Conn, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b.  restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

10.    In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail

addresses identified in Exhibits 1 and 2 to the Declaration of Lindsay Conn and any e-mail addresses provided for Defaulting Defendants by third parties.

11.  The ten thousand dollar ($10,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED:  June 30, 2022

Elaine E. Bucklo
United States District Judge

**NHL Enterprises, L.P.  v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-2325**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | btprintingfactory.en.alibaba.com | Anhui Better Advertising Production Co., Ltd. |
| 2 | feifeihugifts.en.alibaba.com | Nanjing Fly Flying Tigers Office Supplies Co., Ltd. |
| 3 | jmflags.en.alibaba.com | Dongyang Junmei Flags Co., Ltd. |
| 4 | maystargift.en.alibaba.com | Yiwu May Star International Trading Co., Ltd. |
| 5 | stoneflag.en.alibaba.com | Shanghai Stone Flag & Craft Factory |
| 6 | totemflag.en.alibaba.com | Shanghai Totem Industry Co., Ltd. |
| 7 | amazon.com/sp?seller=A13Z1S1TI1X6J4 | QUALITY HOME |
| 8 | amazon.com/sp?seller=A19TO6RVCVSTX3 | song jianaetr |
| 9 | amazon.com/sp?seller=A1MAN3G3SR1MVG | VSLNAN |
| 10 | amazon.com/sp?seller=A1V1IUQ0XOEMPW | kwynmd |
| 11 | amazon.com/sp?seller=A2U8APY7T430Y8 | QingDaoZhongTianShengGuoJiMao |
| 12 | amazon.com/sp?seller=A2XS0NPNP9QL5Y | ZhangJiaJieShiWuLingYuanQuYanBengSuanBaiHuoDian |
| 13 | amazon.com/sp?seller=A35ILENTYYST33 | A35ILENTYYST33 |
| 14 | amazon.com/sp?seller=A37GHEWRR1OJ7P | A37GHEWRR1OJ7P |
| 15 | amazon.com/sp?seller=A3JRDDDJL6OTC2 | CharlesRenfronest |
| 16 | amazon.com/sp?seller=A45U9V6ZR99F9 | Danna Bowden |
| 17 | amazon.com/sp?seller=AMIOBFT77LBHH | jishuixianangmiaofuzhuangdian |
| 18 | amazon.com/sp?seller=AUTX34PQD5RGS | ShaoYangShiShuangQingQuChengWangWuJinDian |
| 19 | dhgate.com/store/13687858 | michaelwen2008 |
| 20 | dhgate.com/store/14433251 | beijia2013 |
| 21 | dhgate.com/store/14498587 | Splendid Jerseys Factory |
| 22 | dhgate.com/store/20056400 | fanatics |
| 23 | dhgate.com/store/20267403 | Top Sport Mall |
| 24 | dhgate.com/store/20439121 | projerseysword |
| 25 | dhgate.com/store/20501098 | Redtrade Sport Store |
| 26 | dhgate.com/store/20529075 | vip_sport |
| 27 | dhgate.com/store/20641284 | mic1688 |
| 28 | dhgate.com/store/20825219 | movie_jersey |

| 29 | dhgate.com/store/20827203 | fan_sport |
|----|----------------------------|-----------|
| 30 | dhgate.com/store/20933118 | cheap_hot_jerseys |
| 31 | dhgate.com/store/21143327 | felixjerseys |
| 32 | dhgate.com/store/21250931 | ytrade |
| 33 | dhgate.com/store/21259510 | New York Jerseys |
| 34 | dhgate.com/store/21378165 | panarin |
| 35 | dhgate.com/store/21440402 | canada_team |
| 36 | dhgate.com/store/21599948 | hedman1 |
| 37 | wish.com/merchant/60b76a9f41e228edcf8a8c74 | GDRHyder |
| 38 | exquisitedustmask.com | exquisitedustmask.com |
| 39 | gear94.com | gear94.com |
| 40 | EXCEPTED | EXCEPTED |
| 41 | nhlhockeyjerseys2.com | nhlhockeyjerseys2.com |
| 42 | nhlhockeyjerseys2.com | nhlhockeyjerseys2.com |
| 43 | perfectdustmask.com | perfectdustmask.com |
| 44 | playerstee.com | playerstee.com |
| 45 | Skyshirt.online | Skyshirt.online |
| 46 | trendclothingsshop.com | trendclothingsshop.com |
| 47 | woowooh.com | woowooh.com |

## Defendant Domain Names

| No | URL | Name / Seller Alias |
|----|-----|---------------------|
| 1 | footballteamjersey.com | footballteamjersey.com |
| 2 | nhlshops.ca | nhlshops.ca |
| 3 | buffalosabresteamshop.com | buffalosabresteamshop.com |
| 4 | avalancheproshop.com | avalancheproshop.com |
| 5 | nhljerseyoutlet.com | nhljerseyoutlet.com |
| 6 | nhljerseyfans.biz | nhljerseyfans.biz |
| 7 | nhljerseyfan.net | nhljerseyfan.net |
| 8 | cbfansgear.com | cbfansgear.com |
| 9 | shopprosport.com | shopprosport.com |
| 10 | logodrawstringbag.com | logodrawstringbag.com |
| 11 | nhl-blankets.com | nhl-blankets.com |
| 12 | ehockeyfan.com | ehockeyfan.com |
| 13 | canadiensgearstore.com | canadiensgearstore.com |
| 14 | cblackhawksshop.com | cblackhawksshop.com |
| 15 | ausbfu.club | ausbfu.club |
| 16 | hhqkan.xyz | hhqkan.xyz |
| 17 | hhqtun.xyz | hhqtun.xyz |

| | | |
|----|----------------------------------|----------------------------------|
| 18 | hhjmen.xyz | hhjmen.xyz |
| 19 | hhjhan.xyz | hhjhan.xyz |
| 20 | hhtqas.xyz | hhtqas.xyz |
| 21 | hhtxzs.xyz | hhtxzs.xyz |
| 22 | hhjdgq.top | hhjdgq.top |
| 23 | hhpupq.xyz | hhpupq.xyz |
| 24 | hhdmnx.xyz | hhdmnx.xyz |
| 25 | hhpqox.xyz | hhpqox.xyz |
| 26 | hhtzpx.xyz | hhtzpx.xyz |
| 27 | hhyvox.xyz | hhyvox.xyz |
| 28 | hhywhx.xyz | hhywhx.xyz |
| 29 | hhdbqk.xyz | hhdbqk.xyz |
| 30 | hhjshu.xyz | hhjshu.xyz |
| 31 | hhzpou.xyz | hhzpou.xyz |
| 32 | hhpscv.xyz | hhpscv.xyz |
| 33 | hhtcdw.shop | hhtcdw.shop |
| 34 | hhzjew.xyz | hhzjew.xyz |
| 35 | hhtvbn.shop | hhtvbn.shop |
| 36 | nhlprojersey.com | nhlprojersey.com |
| 37 | canadiensstoreonline.com | canadiensstoreonline.com |
| 38 | saejerseys.com | saejerseys.com |
| 39 | isojerseys.link | isojerseys.link |
| 40 | avalanchejerseys.com | avalanchejerseys.com |
| 41 | coloradoavalanchejersey.net | coloradoavalanchejersey.net |
| 42 | coloradoavalanchejersey.com | coloradoavalanchejersey.com |
| 43 | hurricanesjersey.com | hurricanesjersey.com |
| 44 | carolinahurricanesjersey.org | carolinahurricanesjersey.org |
| 45 | lightningjersey.net | lightningjersey.net |
| 46 | tampabaylightningjersey.net | tampabaylightningjersey.net |
| 47 | tampabaylightningjersey.com | tampabaylightningjersey.com |
| 48 | pittsburghpenguinsjersey.com | pittsburghpenguinsjersey.com |
| 49 | pittsburghpenguinsjersey.net | pittsburghpenguinsjersey.net |
| 50 | penguinsreverseretrojersey.com | penguinsreverseretrojersey.com |
| 51 | wcapitalsshop.com | wcapitalsshop.com |
| 52 | nnyrangersshop.com | nnyrangersshop.com |
| 53 | ppenguinsshop.com | ppenguinsshop.com |
| 54 | mapleleafsteamshop.com | mapleleafsteamshop.com |
| 55 | bbruinsshop.com | bbruinsshop.com |
| 56 | avalanchejersey.com | avalanchejersey.com |
| 57 | carolinahurricanesjersey.com | carolinahurricanesjersey.com |
| 58 | carolinahurricanesjersey.net | carolinahurricanesjersey.net |

| 59 | capitalsapparelstore.com | capitalsapparelstore.com |
|----|--------------------------|--------------------------|
| 60 | wildfansteamshop.com | wildfansteamshop.com |
| 61 | hurricanesgearstore.com | hurricanesgearstore.com |
| 62 | sabresapparel.com | sabresapparel.com |
| 63 | hurricanesteamstore.com | hurricanesteamstore.com |
| 64 | islandersproshop.com | islandersproshop.com |
| 65 | oilershockeystore.com | oilershockeystore.com |
| 66 | flamesedgestore.com | flamesedgestore.com |
| 67 | flameshockeystore.com | flameshockeystore.com |
| 68 | hhhpab.top | hhhpab.top |
| 69 | hhqhgb.xyz | hhqhgb.xyz |
| 70 | hhtzvb.xyz | hhtzvb.xyz |
| 71 | hhtryb.top | hhtryb.top |
| 72 | hhpeub.xyz | hhpeub.xyz |
| 73 | hhypeb.xyz | hhypeb.xyz |
| 74 | hhzgab.xyz | hhzgab.xyz |
| 75 | fzpnhl.top | fzpnhl.top |
| 76 | hunnhl.top | hunnhl.top |
| 77 | fanmart.shop | fanmart.shop |
| 78 | dipwire.shop | dipwire.shop |
| 79 | hhjydh.xyz | hhjydh.xyz |
| 80 | hhdhgt.xyz | hhdhgt.xyz |
| 81 | hhpmrt.xyz | hhpmrt.xyz |
| 82 | hhjdkt.top | hhjdkt.top |
| 83 | cheapnhljerseysredwings.com | cheapnhljerseysredwings.com |
| 84 | nhljerseyonline.shop | nhljerseyonline.shop |
| 85 | philadelphiaflyersfanstore.com | philadelphiaflyersfanstore.com |
| 86 | bluejacketsstoreofficial.com | bluejacketsstoreofficial.com |
| 87 | bruinsofficialstoreonline.com | bruinsofficialstoreonline.com |
| 88 | avalancheapparelshop.com | avalancheapparelshop.com |
| 89 | carolinahurricanesshop.com | carolinahurricanesshop.com |
| 90 | hurricanesfansteamshop.com | hurricanesfansteamshop.com |
| 91 | nhlfansjersey.biz | nhlfansjersey.biz |
| 92 | rangersnhlshop.com | rangersnhlshop.com |
| 93 | ducksteamproshop.com | ducksteamproshop.com |
| 94 | herschellamp.com | herschellamp.com |